IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| US LED, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-0953 |
| | § | |
| PETROL SIGN, bv, *doing business as* | § | |
| US LED EUROPE | § | |
| | § | |
| Defendant. | § | |

## ORDER

From a review of this file, it appears that the defendant, Petrol Sign, bv, which is located in the Netherlands, has not yet been served. The initial pretrial conference in this case has been rescheduled several times to permit the plaintiff time to effect service, including through the Hague Convention if necessary. Despite the fact that this suit has been on file for 11 months, service has not yet been effected. Unless proof of service is filed by March 27, 2009, this case will be dismissed, without prejudice.

SIGNED on February 27, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge